August 19, 2022

*Before:*

**Thomas L. Kirsch II**, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>No. 21-3412          v.<br><br>SCOTT NJOS,<br>    Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Western Division.<br>]<br>] No. 3:07-cr-50036-1<br>]<br>] Iain D. Johnston,<br>]     Judge. |

O R D E R

On consideration of the "Motion To Fire Appointed Counsel For Ineffective Assistance, Proceed Pro-se And For the Court To Accept The Enclosed Brief As His Representation For Appeal" filed *pro se* by defendant-appellant Scott Njos on July 22, 2022, the "Response to Defendant-Appellant's Motion to Dismiss Counsel and Proceed *Pro Se*" filed by court-appointed counsel Johanna M. Christiansen on July 27, 2022, and the "Response to Johanna M. Christiansen" filed *pro se* by defendant-appellant Njos on August 5, 2022,

IT IS ORDERED that the motion to discharge court-appointed counsel and proceed *pro se* is DENIED. *See Martinez v. Court of Appeal of California*, 528 U.S. 152 (2000) (a defendant's right to self-representation does not extend to the appeal).

The court, however, will accept for filing Appellant's Brief in Support of an Overturn of Illegal Sentence which defendant-appellant Scott Njos attached to his motion. Accordingly,

IT IS ORDERED that the Clerk file and docket the tendered Appellant's Brief in Support of an Overturn of Illegal Sentence.

IT IS FURTHER ORDERED that this appeal shall proceed to briefing. The briefing schedule is as follows:

1. The defendant-appellant shall file his brief and required short appendix on or before September 2, 2022.

2. The plaintiff-appellee shall file its brief on or before October 3, 2022.

3. The defendant-appellant shall file his reply brief, if any, on or before October 24, 2022.

NOTE: **Counsel should note that the digital copy of the brief required by Circuit Rule 31(e) must contain the entire brief from cover to conclusion. The language in the rule that "[T]he disk contain nothing more than the text of the brief…" means that the disk must not contain other files, not that tabular matter or other sections of the brief not included in the word count should be omitted. The parties are advised that Federal Rules of Appellate Procedure 26(c), which allows for three additional days after service by mail, does not apply when the due dates for briefs are set by order of court. All briefs are due by dates ordered.**